UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBIO RONNIE TOWNSEND, | No. 2:21-cv-0497-EFB P |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF STATE HOSPITALS, et al., | |
| Defendants. | |

Plaintiff is a civil committee proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff's allegations stem from events that occurred at the Napa State Hospital, located in the County of Napa.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

/////

1

1 In this case, the defendant and the claim arose in Napa County. Thus, venue properly lies in the Northern District of California. For the convenience of the parties and witnesses and in the interests of justice, this case will be transferred to the Northern District of California. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(a).

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the Northern District of California. *See* 28 U.S.C. § 1404(a).

Dated:  March 22, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE